**JOSEPH CAMPAU** versus **THE MAYOR, RECORDER, ALDERMEN, AND FREEMEN OF THE CITY OF DETROIT.**

JOURNAL ENTRIES (1834): *Journal 5:* (1) Motion to quash subpoena argued, submitted *p. 32; (2) motion to set demurrer for argument *p. 33; (3) motion to quash argued, submitted *p. 35;

(4) demurrer argued, submitted *p. 54; (5) prayer for injunction denied *p. 61.

PAPERS IN FILE: (1) Bill of complaint, order denying injunction; (2) precipe for subpoena; (3) writ of subpoena and return; (4) motion to quash subpoena; (5) demurrer to bill of complaint; (6) motion to set demurrer for argument; (7) motion for writ of injunction.

*Chancery Case* 164 of 1833.